IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALISSA KETCHERSIDE                                                Plaintiff

v.                            4:09CV00650 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                          Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 25th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE